IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:21-CR-3058 |
| vs. | ORDER |
| DAYTON JAY MYERS, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 17) is granted.

2. The petition for offender under supervision (filing 4) is dismissed.

3. The July 7, 2022 hearing is cancelled.

Dated this 28th day of June, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge